UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PROTOSTORM, LLC and PETER        :
FAULISI,

                                 :

                Plaintiffs,
                                 :       PARTIAL SATISFACTION
                                             OF JUDGMENT

   - against -
                                 :       08 Civ. 931 (PKC) (JO)

ANTONELLI, TERRY, STOUT & KRAUS, LLP
FREDERICK D. BAILEY, CARL I. BRUNDIDGE,   :
and ALAN SCHIAVELLI,

                                 :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS, on February 6, 2015, an amended judgment in a civil action dated February 5, 2015, was entered in favor of plaintiff Protostorm and against defendant ATS&K for $6,696,000 in compensatory damages, $900,000 in punitive damages and $1,050,720.60 in prejudgment interest and against defendant Carl Brundidge for $100,000 in punitive damages; and

WHEREAS, said judgment to the extent of the punitive damage judgment as to Carl Brundidge has been paid in the sum of $100,000 plus post-judgment interest;

THEREFORE, satisfaction of the said amended judgment in a civil action is hereby acknowledged solely with respect to the extent of the punitive damage judgment as to Carl Brundidge in the sum of $100,000 plus post-judgment interest.

The said judgment as to ATS&K for compensatory and punitive damages and prejudgment interest remains unsatisfied and in effect and said judgment as to ATS&K is not released, satisfied or affected in any way by this Partial Satisfaction of Judgment.

Protostorm further states that, based upon the payment of $100,000 plus post-judgment interest by Carl Brundidge, Protostorm makes no claim against Ironshore Indemnity Inc. with respect to Bond No: SUR55000012 dated November 19, 2015.

PROTOSTORM, LLC

By: _Alan Rummelsburg_

ALAN RUMMELSBURG
Managing Member

STATE OF CONNECTICUT )
                      )ss: _Westport_
COUNTY OF FAIRFIELD   )

On the _22_ day of March in the year 2017 before me, the undersigned, personally appeared Alan Rummelsburg, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

MICHAEL BERTANZA
Notary Public of Connecticut
My Commission Expires 5/31/2020

2